Jan-8-08

IN United States D[Conditionally FILED]

Court

JAN 2 4 2008

CLERK, U S DISTRICT COURT
NORFOLK, VA

Jerome Bailey 155...

2:08cv 38

vs

Marion Corr Treatment Center

I Jerome Bailey file Law Suit Against marion Corr center For hurtes Punisment and ~~with~~ unProper meds and For viltobed my Prisun Rights Conparts. I am so mess up off the meds I am Half Blind I would like to Be Traosfter IU Another Place and they wont give me Parole I have Been Lock up 23 years and I have Rights And I would like to have my Case Look IN to. my Case

Jerome Bailey


RECEIVED

JAN 1 5 2008

STAFF ATTORNEY
RICHMOND, VA