James Bailey 15804
Marion Corr. Treatment Ctr.
PO Box 1027
Marion VA 24354

Clerk of U.S.
Eastern District of VA
600 Granby St
Norfolk VA 23510

INSPECTED BY BOONE
RECEIVED JAN 15 20..
STATE ATTORNEY
RICHMOND VA

INMATE CORRESPONDENCE
The Virginia Department of Corrections

